PROB 35
(Rev. 6/17)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

United States District Court
FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2017 DEC 18 P 3: 20

CLERK
SO. DIST. OF GA.

UNITED STATES OF AMERICA

v.

Jonathan Haze Jenkins

Crim. No. 1:03CR00004-1

On October 29, 2013, the above named was placed on supervised release for a period of five years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

Travis J. Gauthreaux
United States Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this 18 day of December, 2017.

Dudley H. Bowen, Jr.
United States District Judge